**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATOIN

Edward Zeno
RLCC, Cajun 2-D2 No. 542792
1630 Prison Rd.
Cottonport LA 71327

> Judgment on rehearing rendered and mailed to all parties or counsel of record on September 15, 2021

**REHEARING ACTION: September 15, 2021**

**Docket Number: 20   00481-KH**

**STATE OF LOUISIANA**
**VERSUS**
**EDWARD ZENO**

**Writ Application from Lafayette Parish Case No. 2009-CR-122793**

**BEFORE JUDGES:**

   **Hon. Elizabeth A. Pickett**
   **Hon. Van H. Kyzar**
   **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Edward Zeno** is:

   **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Donald Dale Landry, Counsel for the Respondent